PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile: (916) 554-2900

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CLEAR RECON CORP.,

Petitioner,

v.

ALL CLAIMANTS TO SURPLUS FUNDS AFTER A TRUSTEE'S SALE OF THE REAL PROPERTY LOCATED AT 1608 JONQUIL DRIVE, ROSEVILLE, CA 95747,

Defendants.

Case No. 2:17-CV-00086 MCE GGH

**JOINT STIPULATION AND ORDER TO REMAND REMOVED ACTION TO STATE COURT**

Petitioner Clear Recon Corp., the United States of America, and the California Employment Development Department, being the only claimants who have appeared in this action to date, hereby stipulate and agree, by and through their respective counsel, as follows:

**RECITALS**

1. On December 8, 2016, Clear Recon Corp. filed a Petition and Declaration Regarding Unresolved Claims and Deposit of Undistributed Surplus Proceeds of Trustee's Sale in Placer County Superior Court pursuant to California Civil Code § 2924j.

2. On January 13, 2017, the United States of America removed the state court action to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1444.

3. After discussions about this case, the parties to this stipulation agree to the remand of this case to Placer County Superior Court for further proceedings subject to the stipulations set forth herein.

**STIPULATION**

Based on the foregoing, the parties stipulate and agree as follows:

A. That the above-captioned Eastern District of California Case No. 2:17-cv-00086 MCE GGH shall be remanded to the Superior Court of the State of California, Placer County, Case No. SCV-0038863;

B. That the claims filed in this action by United States on behalf of the Department of Housing and Urban Development and the Internal Revenue Service, and by the California Employment Development Department, were timely filed and may be re-filed in the Placer County Superior Court after remand; and

C. That a good faith basis for removal existed at the time of said removal and, therefore, the parties will bear their own attorneys' fees and costs in connection with the removal and this remand.

Date: February 17, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

Date: February 17, 2017

ALDRIDGE PITE, LLP

*/s/ Genail M. Anderson* (auth 2/17/17)
GENAIL M. ANDERSON
Attorneys for Petitioner
CLEAR RECON CORP.

Date: February 17, 2017

XAVIER BECERRA
Attorney General of California
MOLLY K. MOSELY
Supervising Deputy Attorney General

*/s/ Michael Sapoznikow* (auth 2/17/17)
MICHAEL SAPOZNIKOW
Deputy Attorney General
Attorneys for Defendant
California Employment Development Department

**ORDER**

Good cause appearing, and pursuant to the stipulation of the parties, **IT IS HEREBY ORDERED** that the above stipulation is approved in its entirety. This action is hereby remanded to the Superior Court of the State of California, Placer County, Case No. SCV-0038863, all parties to bear their/its own fees and costs. The Clerk of Court is hereby directed to close this case.

**IT IS SO ORDERED.**

Dated: February 22, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE